**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ronald Anthony MOORE, a/k/a**
**3:01cr31–2, a/k/a Ronnie–Mo,**
**Defendant–Appellant.**

No. 09–6816.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 26, 2009.

Decided: Sept. 3, 2009.

Ronald Anthony Moore, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Anthony Moore appeals the district court's order denying relief on his motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See*

*United States v. Moore,* No. 3:01–cr–00031–FDW–2 (W.D.N.C. Apr. 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*